AKERMAN SENTERFITT LLP
DONALD M. SCOTTEN (CA SBN 190532)
Email: donald.scotten@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

AKERMAN SENTERFITT LLP
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
The Kittredge Building
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GOVIND REDDY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, a Business entity, form unknown, QUALITY LOAN SERVICE CORP., a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a business entity, form unknown; and all persons unknown, claiming any legal or equitable right, title estate, lien, or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and Does 1 though 30, inclusive,<br><br>　　　　Defendants. | Case No. 3: 09-cv-01968-SC<br>Hon. Samuel Conti<br><br>**STIPULATION BETWEEN THE PARTIES TO VOLUNTARILY REMAND MATTER TO STATE COURT**<br><br>Complaint Filed:　April 16, 2009<br>Complaint Removed: May 5, 2009<br>Trial Date:　　　　None |

**TO THE COURT ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Plaintiff Govind Reddy (**plaintiff**) and defendants Aurora Loan Services LLC (**Aurora**) and Quality Loan Services Corp. (**Quality**) stipulate as follows:

1 WHEREAS, plaintiff filed his complaint in the Contra Costa County Superior Court on April 16, 2009;

WHEREAS, Aurora removed the case to federal court based on federal question on May 5, 2009 and Quality consented and joined in the removal;

WHEREAS, plaintiff filed a motion to remand the matter to state court; and

WHEREAS, in the interests of reducing costs to the parties in having to brief the motion to remand, the parties stipulate to remanding the case to the Contra Costa County Superior Court.

NOW THEREFORE, the parties agree to the following:

1. That the matter be remanded back to the Contra Costa Superior Court upon the Court's order;

2. That all pending hearings before this Court be taken off-calendar; and

3. The parties shall bear their own fees and costs incurred in the federal action.

IT IS SO STIPULATED.

Dated: July 10, 2009             Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: */s/ Justin D. Balser*
         Justin D. Balser
Attorneys for Defendant
AURORA LOAN SERVICES LLC

Dated: July 10, 2009             **LAW OFFICE OF MAHESH BAJORIA**

By: */s/ Mahesh Bajoria**
         Mahesh Bajoria
Attorneys for Plaintiff
GOVIND REDDY
* *e-signature and e-filing approved via email dated July 9, 2009*

1  Dated: July 10, 2009               **MCCARTHY & HOLTHUS, LLP**

By: */s/ David C. Scott**
       David C. Scott
Attorneys for Defendant
QUALITY LOAN SERVICES CORP.
* *e-signature and e-filing approved via email dated July 10, 2009*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GOVIND REDDY,<br><br>    Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, a Business entity, form unknown, QUALITY LOAN SERVICE CORP., a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a business entity, form unknown; and all persons unknown, claiming any legal or equitable right, title estate, lien, or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and Does 1 though 30, inclusive,<br><br>    Defendants. | Case No. 3: 09-cv-01968-SC<br>Hon. Samuel Conti<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>Complaint Filed:   April 16, 2009<br>Complaint Removed: May 5, 2009<br>Trial Date:          None |

    The Court having considered the parties' stipulation filed on July 10, 2009, and for good cause appearing, the Court orders as follows:

    1.    This matter is hereby remanded from the United States District Court, Northern District of California to the Contra Costa County Superior Court;

    2.    All pending hearings are hereby taken off-calendar; and

    3.    The parties shall bear their own attorneys' fees and costs incurred during

1

1  the pendency of the case while pending before this Court.

2      IT IS SO ORDERED.

3

4  Date: __July 10, 2009__

5      Honorable
    United States District Court Judge



2